

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Francine Yates_
(Please print)

STREET ADDRESS: _14114 S. Edbrooke Avenue_

CITY/STATE/ZIP: _Riverdale IL 60827_

PHONE NUMBER: _(312) 351-5635_

CASE NUMBER: **08CV4127**
**JUDGE ASPEN**
**MAGISTRATE JUDGE COX**

_Francine Yates_   _6/21/08_
Signature                   Date

**FILED**

JUL 21 2008 TC
Jul 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT